# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In re: CHERYL REGINA DAVIS                                                                  Case No.: 13-16320-JNF

  Debtor(s)                                                                                 Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:  <u>CHASE HOME FINANCE</u>

Trustee Claim No.: <u>025</u>

Last four (4) digits of any number used to identify the Debtor's account: <u>4867</u>

<u>Final Cure Amount:</u>

    Amount of Allowed Pre-Petition Arrearage:  <u>$5,593.94</u>

    Amount Paid by Trustee:                           <u>$5,593.94</u>

<u>Monthly Ongoing Mortgage Payment is Paid:</u>

    ____ Through the Chapter 13 Trustee conduit          <u> X </u>  Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  11/21/2018                                                              Respectfully submitted:

                                                                                       /s/ Carolyn A. Bankowski
                                                                                       Chapter 13 Trustee

0005-33-EPIM33-00105808-454066

# United States Bankruptcy Court
### DISTRICT OF MASSACHUSETTS
#### BOSTON DIVISION

In Re:  
CHERYL REGINA DAVIS

CASE NO: 13-16320-JNF

### Certificate of Service

    The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

---

LANE N. GOLDBERG ESQ.  
GOLDBERG LAW 140 WOOD ROAD SUITE 140 BRAINTREE, MA 02184

CHERYL REGINA DAVIS  
40 OFF CHERRY STREET PLYMOUTH, MA 02360

CHASE HOME FINANCE  
P.O. BOX 24696 COLUMBUS, OH 43224

---

Dated:   11/21/2018

/s/ Carolyn A. Bankowski  
Chapter 13 Trustee